# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-1335
_____

DAVID J. ROSINSKY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
Stephen S. Everett, Judge.

November 3, 2025

PER CURIAM.

AFFIRMED.

BILBREY, KELSEY, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessica J. Yeary, Public Defender, Lolia Y. Fernandez, Megan L. Long, and David Alan Henson, Assistant Public Defenders, Tallahassee, for Appellant.

James Uthmeier, Attorney General, Michael L. Schaub, Assistant Attorney General, Tallahassee, for Appellee.